IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES, et al., ) ) ) Plaintiffs, ) ) v. ) ) LUTHER STRANGE, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:14CV1014-SRW |

**ORDER**

This action is presently before the Court on Defendants' Unopposed Time-Sensitive Motion to Stay. Based on the defendants' submission, and for good cause, it is

ORDERED that the motion is GRANTED. This litigation—including the deadline for conducting discovery, the dispositive motion deadlines, and all other deadlines—is hereby STAYED pending resolution, including on any potential appeal, of the plaintiffs' preliminary injunction motion (Doc. # 2) and the defendants' motion to dismiss (Doc. # 30). The parties are hereby ORDERED to submit a proposed revised scheduling order within twenty-one days of this Court's ruling on these motions or the issuance of any associated appellate mandate, whichever occurs later.

DONE, this 26th day of June, 2015.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE