IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REPRODUCTIVE HEALTH SERVICES, on behalf of its patients, physicians and staff, et al., <br><br> Plaintiffs, <br> v. <br><br> STEVEN T. MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., <br><br> Defendants. | CASE NO. 2:14-cv-1014-SRW |

## ORDER and FINAL JUDGMENT

In accordance with the Memorandum Opinion, Declaratory Judgment, and Order entered contemporaneously herewith, it is

ORDERED, ADJUDGED and DECREED as follows:

1. Judgment is hereby entered in favor of the plaintiffs as to Count I of the complaint.

2. Counts II, III & IV of the plaintiffs' complaint are hereby DISMISSED WITHOUT PREJUDICE.

3. Plaintiffs' prayer for permanent injunctive relief is DISMISSED WITH PREJUDICE as moot.

4. The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, on this the 28th day of July, 2017.

                                         /s/ Susan Russ Walker
                                         Susan Russ Walker
                                         United States Magistrate Judge