## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 21, 2022

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 17-13561-DD
Case Style: Reproductive Health Services, et al v. Daryl Bailey, et al
District Court Docket No: 2:14-cv-01014-SRW

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Brad Holland, DD
Phone #: 404-335-6181

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 17-13561

_____

REPRODUCTIVE HEALTH SERVICES,
on behalf of its patients, physicians and staff,
JUNE AYERS,
RN,

                                              Plaintiffs-Appellees,

*versus*

LUTHER STRANGE,
in his official capacity as Attorney General of the State of Alabama,

                                              Defendant,

DARYL D. BAILEY,
in his official capacity as District Attorney of Montgomery County, Alabama,

2                Opinion of the Court                17-13561

STEVE T. MARSHALL,

in his official capacity as Attorney General of the State of Alabama,

                                                  Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

       The parties have jointly moved, pursuant to Fed. R. App. P. 42(b) and 11th Cir. R. 42-1, to dismiss this appeal and remand the matter to the district court so that the appellees may move that court to dismiss the underlying action. The parties' joint motion is GRANTED, the appeal is DISMISSED, and the case is REMANDED.

                                                  DAVID J. SMITH
                          Clerk of the United States Court of
                                Appeals for the Eleventh Circuit

               ENTERED FOR THE COURT - BY DIRECTION